UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WILLIAM MACK,

                                 Plaintiff,

  -against-

LEHIGH OUTFITTERS, LLC and ROCKY BRANDS, INC.,

                                 Defendants.
----------------------------------------------------------------X

**STIPULATION OF SETTLEMENT**

Civil Action No.:
1:15-cv-00722-NGG-ST

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for all of the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be and hereby is settled, with prejudice and without costs and disbursements to any party, by payment by defendants or their liability insurance carrier to plaintiff of One Million Dollars ($1,000,000.00).

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this action is discontinued, with prejudice. This stipulation may be filed with the Clerk of the Court without further notice.

Dated:   New York, NY
           May 05, 2017

_____
David B. Golomb, Esq.
**LAW OFFICES OF DAVID B. GOLOMB**
Attorneys for Plaintiff
370 Lexington Avenue, Suite 908
New York, NY 10017
212-661-9000

_____
Carolyn Comparato, Esq.
**CARTAFALSA, SLATTERY, TURPIN & LENOFF**
Attorneys for All Defendants
165 Broadway, 28th Floor
New York, NY 10006
212-225-7700